## 28990. DUKES v. MIMS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

Decided September 4, 1974.

Arthur L. Dukes, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Gunter, J. concurs in the judgment only.*